# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>KELSEY JANELLE SANDOVAL-GUTIERREZ (1);<br>JENNIFER RODRIGUEZ (2),<br><br>                 Defendants. | Case No.: 23-cr-0685-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On August 8, 2023, the parties filed an amended Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 11, 2023 to November 3, 2023. For good cause appearing, the Court GRANTS the amended joint motion to continue [Dkt. 38] and sets the Motion Hearing/Trial Setting on November 3, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

23-cr-0685-JO

1  Further, on April 15, 2023, Defendant Jennifer Rodriguez filed a pretrial motion that
2  remains pending. On April 21, 2023, Defendant Kelsey Janelle Sandoval-Gutierrez also
3  filed a pretrial motion that remains pending. Accordingly, the Court finds that time from
4  April 15, 2023 to November 3, 2023 shall be excluded under the Speedy Trial Act on
5  grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is
6  excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir.
7  1999) ("It is well established that an exclusion from the Speedy Trial clock for one
8  defendant applies to all codefendants.").

9  IT IS SO ORDERED.
10 Dated: 8/8/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE